IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk　　　　　　　　　　Date: May 18, 2007
Therese Lindblom, Court Reporter

Criminal Action No. 07-cr-00172-EWN

*Parties:*　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　Kathleen Tafoya and Michele Korver

　　　　Plaintiff,

v.

2.  CAMEO BANKS,　　　　　　　　　　　Kerry Hada
3.  MARVIN BRAGG,　　　　　　　　　　Jeralyn Merritt
4.  DAMON BROOKS,　　　　　　　　　　Daniel Smith
5.  VICTOR CHAVEZ,　　　　　　　　　　Robert Berger
8.  EDGAR DIAZ-CALDERON,　　　　　　Harvey Steinberg
9.  EUSTACIA DIAZ-CALDERON,　　　　Daniel Carr
10. PHILIP DOUGLAS,　　　　　　　　　Vincent Horn
12. MOSES HARRIS,　　　　　　　　　　Richard Stuckey
13. TAMIKA KNIGHT,　　　　　　　　　Ronald Aal
14. BAYLIN KYLE,　　　　　　　　　　　Frank Moya
15. SKYLA LITTLEJOHN,　　　　　　　　Richard Banta
16. CHARLES LITTLEJOHN,　　　　　　　Wade Eldridge
17. RUSTY MARTINEZ,　　　　　　　　　Thomas Blumenthal
19. COURTNEY McCOY,　　　　　　　　 Martha Eskesen
20. TERESA MOSLEY,　　　　　　　　　Sean McDermott
23. DAMIAN TURNER,　　　　　　　　　John Tatum

　　　　Defendants.

---

Criminal Action No. 07-cr-00177-EWN

*Parties:*　　　　　　　　　　　　　　　　　*Counsel:*

*Courtroom Minutes*
*07-cr-00172-EWN, 07-cr-00177-EWN, 07-cr-00179-EWN, 07-cr-00185-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 5*

| UNITED STATES OF AMERICA, | Kathleen Tafoya, and Michele Korver |
|---|---|
| Plaintiff, | |
| v. | |
| 1. SALADIN KARIEM, | Jeffrey Edelman |
| Defendant. | |

---

Criminal Action No. 07-cr-00179-EWN

*Parties:*          *Counsel:*

| UNITED STATES OF AMERICA, | Kathleen Tafoya, and Michele Korver |
|---|---|
| Plaintiff, | |
| v. | |
| 1. GARRETT CRAWFORD, | Richard Korecki |
| Defendant. | |

---

Criminal Action No. 07-cr-00185-EWN

| UNITED STATES OF AMERICA, | Kathleen Tafoya and Michele Korver |
|---|---|
| Plaintiff, | |
| v. | |
| 1. DANTE BUTLER, | Mitchell Baker |
| 2. DONAE BUTLER, | M. David Lindsey |
| 3. LYDIA CAMPOS, | Scott Reisch |
| Defendants. | |

*Courtroom Minutes*
*07-cr-00172-EWN, 07-cr-00177-EWN, 07-cr-00179-EWN, 07-cr-00185-EWN*
*Judge Edward W. Nottingham*
*Page 3 of 5*

## COURTROOM MINUTES

**Pretrial Conference**

**10:33 a.m.**     Court in session.

Appearances of counsel.

Interpreter is sworn and is providing translation services for Defendant Eustacia Diaz-Calderon, #9, case no. 07-cr-00172-EWN. Parties stipulate as to interpreter's qualifications.

Discussion regarding Government's First Bill of Particulars, #161, case no. 07-cr-00172-EWN. Court directs criminal docketing division in the Clerk's office to correct the docketing event used; this document is not a motion.

Discussion regarding Government's motions for protective orders filed in all cases.

**ORDERED: 1.     Government's Motion for Protective Order for Jencks Act and Rule 16 Material, (#185, filed May 15, 2007, case no. 07-cr-00172-EWN) is GRANTED.**

**ORDERED: 2.     Government's Motion for Protective Order for Jencks Act and Rule 16 Material, (#17, filed May 15, 2007, case no. 07-cr-00177-EWN) is GRANTED.**

**ORDERED: 3.     Unopposed Government's Motion for Protective Order for Jencks Act and Rule 16 Material, (#21, filed May 14, 2007, case no. 07-cr-00179-EWN) is GRANTED.**

**ORDERED: 4.     Government's Motion for Protective Order for Jencks Act and Rule 16 Material, (#40, filed May 17, 2007, case no. 07-cr-00185-EWN) is GRANTED.**

Discussion regarding Government's motions to declare the cases complex**.**

Court's findings.

*Courtroom Minutes*
*07-cr-00172-EWN, 07-cr-00177-EWN, 07-cr-00179-EWN, 07-cr-00185-EWN*
*Judge Edward W. Nottingham*
*Page 4 of 5*

**ORDERED: 5.** **Government's Motion for a Complex Case Designation Pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) (#184, filed May 14, 2007, case no. 07-cr-00172-EWN) is GRANTED. In accordance with that section, the court finds that the ends of justice served by granting a continuance in this case outweigh the best interests of the public and the defendants in a speedy trial.**

**ORDERED: 6.** **Government's Motion for an Ends of Justice Continuance and Excludable Time Upon Findings of Complexity Pursuant to Title 18 U.S.C. §3161(h)(8)(B) (#18, filed May 16, 2007, case no. 07-cr-00177-EWN) is GRANTED. In accordance with that section, the court finds that the ends of justice served by granting a continuance in this case outweigh the best interests of the public and the defendants in a speedy trial.**

**ORDERED: 7.** **Unopposed Government Motion for an Ends of Justice Continuance and Excludable Time Upon Findings of Complexity Pursuant to Title 18 U.S.C. §3161(h)(8)(B) (#22, filed May 16, 2007, case no. 07-cr-00179-EWN) is GRANTED. In accordance with that section, the court finds that the ends of justice served by granting a continuance in this case outweigh the best interests of the public and the defendants in a speedy trial.**

**ORDERED: 8.** **Government's Unopposed Motion for a Complex Case Designation Pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) (#39, filed May 17, 2007, case no. 07-cr-00185-EWN) is GRANTED. In accordance with that section, the court finds that the ends of justice served by granting a continuance in this case outweigh the best interests of the public and the defendants in a speedy trial.**

Speedy trial findings. Court finds that a period of 180 days is excludable under Section (h) of the Speedy Trial Act solely by virtue of the court's complexity finding. That is in addition to and separate from time which is or may become excludable under any other provision of the Speedy Trial Act.

Discussion regarding wiretap applications, affidavits, and orders. Court directs Ms. Tafoya to coordinate scheduling of wiretap motions hearings.

Discussion regarding discovery and defendants' access to DVD recorded discovery at various facilities where they are detained.

*Courtroom Minutes*
*07-cr-00172-EWN, 07-cr-00177-EWN, 07-cr-00179-EWN, 07-cr-00185-EWN*
*Judge Edward W. Nottingham*
*Page 5 of 5*

Court proposes issuing an order directing facilities to have available a computer which has the capacity to search CD and DVD mechanisms.

Mr. Edelman addresses discovery issues peculiar to his single defendant case.

Further discussion regarding defendants' access to computers at detention facilities.

Discussion regarding setting hearing dates for wiretap motions and pretrial motions.

**ORDERED: 9.     Deadline for filing of motions not requiring examination and discovery is June 1, 2007.**

Discussion regarding CJA attorneys' use of paralegals and investigators.

**ORDERED: 10.    Government's responses due June 11, 2007.**

**ORDERED: 11.    Status Conference/Motions Hearing is set for Friday, June 22, 2007, at 2:00 p.m.**

Court states that defendants and respective counsel may be excused from appearance at the June 22nd hearing if they have filed no motions, upon notice of same to the court.

Discussion regarding privileged communications at the Jefferson County detention facility.

Discussion regarding interim payments for CJA attorneys.

**11:34 a.m.**     Court in recess.

Hearing concluded.

Total time: 01:01