IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Kara Spitler, Court Reporter<br>Cathy Bahr and Melinda Gonzalez-Hibner,<br>Interpreters | Date: June 22, 2007 |

Criminal Action No. 07-cr-00172-EWN

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,            Kathleen Tafoya,

      Plaintiff,

v.

| | |
|---|---|
| 2.  CAMEO BANKS, | Kerry Hada |
| 3.  MARVIN BRAGG, | Jeralyn Merritt |
| 4.  DAMON BROOKS, | Daniel Smith |
| 5.  VICTOR CHAVEZ, | Robert Berger |
| 8.  EDGAR DIAZ-CALDERON, | Harvey Steinberg |
| 9.  EUSTACIA DIAZ-CALDERON, | Daniel Carr |
| 10. PHILIP DOUGLAS, | Vincent Horn |
| 11. DANIEL HARRIS, | Daniel Sears |
| 12. MOSES HARRIS, | Richard Stuckey |
| 13. TAMIKA KNIGHT, | Ronald Aal |
| 14, BAYLIN KYLE, | Frank Moya |
| 15. SKYLA LITTLEJOHN, | Richard Banta |
| 16. CHARLES LITTLEJOHN, | Wade Eldridge |
| 17. RUSTY MARTINEZ, | Darren Cantor |
| 19. COURTNEY McCOY, | Darren Cantor for Martha Eskesen |
| 20. TERESA MOSLEY, | Martin Stuart for Sean McDermott |
| 23. DAMIAN TURNER, | Ryan Crane for John Tatum |

      Defendants.

---

Criminal Action No. 07-cr-00173-LTB

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 13*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Kathleen Tafoya, Michele Korver and Susan Knox |
| Plaintiff, | |
| v. | |
| 1. VERONICA GARCIA, | John Mosby |
| Defendant. | |

Criminal Action No. 07-cr-00174-LTB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Kathleen Tafoya, Michele Korver, and Susan Knox |
| Plaintiff, | |
| v. | |
| 1. JEROME JOHNSON, | Shawna Geiger |
| Defendant. | |

Criminal Action No. 07-cr-00175-LTB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Kathleen Tafoya, Michele Korver, and Susan Knox |
| Plaintiff, | |
| v. | |
| 1. ANDRE STANLEY, | Neil MacFarlane |

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 3 of 13*

      Defendant.

---

Criminal Action No. 07-cr-00177-EWN

UNITED STATES OF AMERICA,                Kathleen Tafoya and Michele Korver

      Plaintiff,

v.

1. SALADIN KARIEM,                        Molly Jansen

      Defendant.

---

Criminal Action No. 07-cr-00179-EWN

UNITED STATES OF AMERICA,                  Kathleen Tafoya and Michele Korver

      Plaintiff,

v.

1. GARRETT CRAWFORD,               Richard Korecki

---

Criminal Action No. 07-cr-00180-REB

UNITED STATES OF AMERICA,                  Kathleen Tafoya and Pegeen Rhyne

      Plaintiff,

v.

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 4 of 13*

| | |
|---|---|
| 1.  OSCAR GARCIA-RUIZ, | Neil MacFarlane for Patrick Butler |
| Defendant. | |

---

Criminal Action No. 07-cr-00182-REB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Kathleen Tafoya and Michele Korver |
| Plaintiff, | |
| v. | |
| 1.  AISHA DENISE BAKER, | Nathan Chambers for Scott Poland |
| 2.  BRICE E. HANNS, | Nathan Chambers |
| 3.  KENNY K. HARRIS, | Martin Stuart for Thomas Ward |
| 4.  MERCURY JAMES SPRINGS, | Robert McAlister |
| Defendants. | |

---

Criminal Action No. 07-cr-00183-REB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes and Kathleen Tafoya |
| Plaintiff, | |
| v. | |
| 1.  CAMEO BANKS, | Kerry Hada |
| 2.  APRIL BURKE, | Boston Stanton for Stephen Wheeler |
| 3.  DONAE BUTLER, | Mitchell Baker for M. David Lindsey |
| 4.  LATHA GRANT, | Boston Stanton |
| 5.  DERRICK JEREMY GRIFFIE, JR., | Ronald Gainor |
| 6.  ULISES GUTIERREZ-NUNEZ, | Normando Pacheco |
| 8.  BENJAMIN JOSEPH, | James Castle |
| 9.  BAYLIN KYLE, | Frank Moya |
| 10. CHARLES LITTLEJOHN, | Wade Eldridge |

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 5 of 13*

| | |
|---|---|
| 11. SKYLA LITTLEJOHN, | Richard Banta |
| 12. MIESHA MAN, | Scott Jurdem |
| 13. ADRIANA MENDOZA-CASTELLANOS, | Darren Cantor |
| 14. SEAN O'HARE, | Frances Simonet |

    Defendants.

---

Criminal Action No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,    Kathleen Tafoya and Susan Knox

    Plaintiff,

v.

| | |
|---|---|
| 1. DAMON BROOKS, | Daniel Smith |
| 2. HAVEN BREWER, | Shawna Geiger for Lisa Moses |
| 3. VERNON EDWARDS, | Anthony Viorst |
| 4. BRIAN HICKS, | Walter Gerash |
| 5. BENJAMIN CORNELL THOMAS, | Martin Stuart |
| 6. GERARDO TORIBIO, | Joseph Saint-Veltri |
| 7. DAMIAN TURNER, | Ryan Crane for John Tatum |
| 9. MALCOLM WATSON, | Martin Stuart for Peter Menges |

    Defendants.

---

Criminal Action No. 07-cr-00185-EWN

UNITED STATES OF AMERICA,    Kathleen Tafoya and Michele Korver

    Plaintiff,

v.

| | |
|---|---|
| 1. DANTE BUTLER, | Mitchell Baker |
| 2. DONAE BUTLER, | Mitchell Baker for M. David Lindsey |

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 6 of 13*

| | |
|---|---|
| 3. LYDIA CAMPOS, | Scott Reisch |
| 4. CHARLES CASTENEDA, | Paul Grant |

    Defendants.

---

Criminal Action No. 07-cr-00187-WYD

| | |
|---|---|
| UNITED STATES OF AMERICA, | Kathleen Tafoya, Susan Knox, and Michele Korver |

    Plaintiff,

v.

| | |
|---|---|
| 1. REGINALD FISHER, | Jennifer Gedde |

    Defendant.

---

Criminal Action No. 07-cr-00188-WDM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Allen, Kathleen Tafoya, and Pegeen Rhyne |

    Plaintiff,

v.

| | |
|---|---|
| 1. JOSE AVENDANO, | Lisabeth Castle |
| 2. ALEJANDRO CAMACHO-LEVARIO, | Adam Tucker and Harvey Steinberg |
| 3. LUIS CAMACHO-LEVARIO, | Kathleen Smith |
| 4. ANTHONY CORDOVA, | John Sullivan |
| 5. RANDEL CUNNINGHAM, | Paula Ray |
| 6. ARIEL FRAIRE, | Joseph Saint-Veltri for Bruce Brown |
| 7. DAVID GARCIA, | Cheri Deatsch for Michael Meyrick |
| 8. HEATHER GRIMES, | Marc Milavitz |

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 7 of 13*

| | |
|---|---|
| 11. ROBERTO LOPEZ, | Kenneth del Valle for Gary Hill |
| 12. JOSE MUNOZ, | Walter Gerash |
| 13. LUIS MURO-MUNOZ, | Brandon Marinoff |
| 14. GERARDO TORIBIO, | Joseph Saint-Veltri |
| 15. VERONICA TYREE, | Kenneth del Valle |
| 16. BRUNO R. TYREE, | Ronald Gainor for Thomas Goodreid |

       Defendants.

## COURTROOM MINUTES

**Status Conference/Motions Hearing**

**2:04 p.m.**  Court in session.

Interpreters sworn.

Appearances of counsel.  Appearances of defendants Jerome Johnson, Oscar Garcia-Ruiz, Haven Brewer, and David Garcia have been waived.  Defendant Veronica Tyree is not present.  Appearance of counsel Molly Jansen has been waived.

Court will address scheduling issues and deadlines in all cases as related to wiretap matters.

Discussion regarding wiretap discovery.  Ms. Tafoya states that additional CD's and DVD's will go out on Tuesday, June 26, 2007, or Wednesday, June 27, 2007.

Various defense counsel comment regarding receipt of discovery.  Ms. Castle states that she has been unable to open CD's she has received.

Court proposes that defense counsel file wiretap motions by Friday, August 10, 2007.

Comments by defense counsel regarding proposed motions deadline and Franks issues.

**ORDERED:  1.**   **Four-corners motions are due by August 10, 2007.  Government's response due by August 24, 2007.**

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 8 of 13*

**ORDERED:  2.     Status Conference for all cases regarding wiretap discovery is set for Friday, August 17, 2007, at 2:00 p.m.**

**ORDERED:  3.     Motions for joinder are due by August 15, 2007.**

Counsel and defendants in all cases other than the Chief Judge's are excused.

**2:44 p.m.**     Court in recess.

**2:56 p.m.**     Court in session.

Court calls cases 07-cr-00172-EWN, 07-cr-00177-EWN, 07-cr-00179-EWN, and 07-cr-00185-EWN.

Discussion regarding motion for prisoner access to electronic discovery.

Court states that counsel need to coordinate use of court-provided computers at detention facilities with court's IT director, Diann Duino, court's CJA coordinator, Stephanie Matlock, and the U.S. Marshal.

**ORDERED:  4.     Government shall separate CD/DVD discovery into that covered by protective order and that which can be left at detention centers.**

Discussion regarding logistics of delivery of electronic discovery.

**ORDERED:  5.     Government shall submit a substitute proposed order on motion #282 by July 2, 2007, after conferring with court's IT and CJA personnel.**

**ORDERED:  6.     Defendant Cameo Banks' Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence (#207, filed May 25, 2007) is GRANTED.**

**ORDERED:  7.     Defendant Cameo Banks' Motion for Severance and Relief From Prejudicial Joinder (#208, filed May 25, 2007) is DENIED.**

**ORDERED:  8.     Defendant Cameo Banks' Motion for Production of <u>Bruton</u> and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-conspirator Statements (#209, filed May 25, 2007) is GRANTED in part and DENIED in part. The**

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 9 of 13*

> **Government shall produce Bruton materials by August 24, 2007. The Motion for Pretrial Determination of Admissibility of Alleged Co-conspirator Statements is denied.**

Inquiry by defense counsel as to court's position regarding James hearing. Court states it does not hold James hearings at defense request.

**ORDERED: 9.** **Defendant Marvin Bragg's Motion to Dismiss or for Bill of Particulars as to Telephone Counts (#248, filed June 1, 2007) is DENIED.**

**ORDERED: 10.** **Defendant Marvin Bragg's First Motion to Join in Motions of Co-defendants (#249, filed June 1, 2007) is GRANTED.**

**ORDERED: 11.** **Defendant Damon Brooks' Motion to Dismiss Count 1 for Insufficiency or, in the Alternative, for a Bill of Particulars (#217, filed May 30, 2007) is DENIED.**

**ORDERED: 12.** **Defendant Damon Brooks' Motion for Severance of Counts and Defendant (#225, filed June 1, 2007) is DENIED.**

**ORDERED: 13.** **Defendant Victor Chavez's Motion to Join Motion for Approval to Retain Expert for Computer Assistance, Including Document Retrieval and Management (#255, filed June 7, 2007) is GRANTED.**

**ORDERED: 14.** **Defendant Edgar Diaz-Calderon's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (#236, filed June 1, 2007) is GRANTED with the proviso that it is granted in accordance with the court's ruling on the motion for disclosure of informants, #239, below.**

**ORDERED: 15.** **Defendant Edgar Diaz-Calderon's Motion for Preservation of Recordings and Notes (#238, filed June 1, 2007) is GRANTED.**

**ORDERED: 16.** **Defendant Edgar Diaz-Calderon's Motion to Disclose Identity of Informants (With Authorities) (#239, filed June 1, 2007) is GRANTED in part and DENIED in part. The government will disclose the identity of any informant that it intends to call as a witness in this case who has information that is material to a defendant, thirty days prior to the date of trial.**

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 10 of 13*

**ORDERED: 17.** **Defendant Edgar Diaz-Calderon's Discovery Motion (#242, filed June 1, 2007) is DENIED as moot at this time by its withdrawal by its proponent.**

**ORDERED: 18.** **Defendant Edgar Diaz-Calderon's Motion for Production of Bruton and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-conspirator Statements (#243, filed June 1, 2007) is GRANTED in part and DENIED in part in accordance with the rulings already made in this proceeding.**

**ORDERED: 19.** **Defendant Edgar Diaz-Calderon's Motion to Disclose and Produce *Brady* (Exculpatory) Material (#244, filed June 1, 2007) is GRANTED except as to paragraphs 1E, 1H, 1I, 2, 3, 4B, 4D, 5, 6, 7, 8, and 9.**

**ORDERED: 20.** **Defendant Edgar Diaz-Calderon's Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence (#246, filed June 1, 2007) is GRANTED.**

**ORDERED: 21.** **Defendant Edgar Diaz-Calderon's Amended Motion for Discovery Pertaining to Intercepted Communications (#272, filed June 12, 2007) is DENIED as moot, having been withdrawn by the proponent.**

**ORDERED: 22.** **Defendant Eustacia Diaz-Calderon's Motion to Join Co-defendants Pre-discovery Motions (#232, filed June 1, 2007) is GRANTED.**

**ORDERED: 23.** **Defendant Eustacia Diaz-Calderon's Motion for a Severance and Relief from Prejudicial Joinder is DENIED.**

**ORDERED: 24.** **280 GRANTED.**

**ORDERED: 25.** **Defendant Daniel Harris' Motion to Dismiss Count 1 or, in the Alternative, for a Bill of Particulars (#287, filed June 20, 2007) is DENIED.**

**ORDERED: 26.** **Defendant Daniel Harris' Motion for Disclosure of Grand Jury Material or, in the Alternative, for *In Camera* Review (#288, filed June 20, 2007) is DENIED.**

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 11 of 13*

**ORDERED: 27.** Defendant Daniel Harris' Motion for Discovery (#290, filed June 20, 2007) is GRANTED in part and DENIED in part. It is granted as to paragraphs 1, 2, 3, 4, 5, 7, 10, 11, 13. Paragraph 6 is granted down to the citation of Rule 16(a)(1)(E) and denied as to the portion that begins, "Included within..." Paragraphs 8, 9, and 12 are denied.

**ORDERED: 28.** Counsel recently appointed may file dispositive motions until July 9, 2007. All discovery motions are due by July 9, 2007.

**ORDERED: 29.** Defendants Kyle Baylin, Tamika Knight, Charles Littlejohn, and Teresa Mosely's Motion for Approval to Retain Expert for Computer Assistance, Including Document Retrieval and Management (#219, filed May 31, 2007) is GRANTED.

**ORDERED: 30.** Defendant Tamika Knight's Motion for Disclosure Pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence (#221, filed May 31, 2007) is GRANTED.

**ORDERED: 31.** Defendant Knight's Motion for Severance (#222, filed May 31, 2007) is DENIED.

**ORDERED: 32.** Defendant Baylin Kyle's Motion to Sever (#227, filed June 1, 2007) is DENIED.

**ORDERED: 33.** Defendant Baylin Kyle's Motion to Dismiss Count One or, in the Alternative, for a Bill of Particulars (#229, filed June 1, 2007) is DENIED.

**ORDERED: 34.** Defendant Skyla Littlejohn's Motion for a Severance (#210, filed May 29, 2007) is DENIED.

**ORDERED: 35.** Defendant Skyla Littlejohn's Motion for Disclosure of Rules 404(b), 608 and 609 Evidence (#211, filed May 29, 2007) is GRANTED.

**ORDERED: 36.** Defendant Skyla Littlejohn's Motion for Disclosure of Brady Material (#212, filed May 29, 2007) is GRANTED.

**ORDERED: 37.** Defendant Skyla Littlejohn's Motion for Disclosure of Jencks Material (#213, filed May 29, 2007) is DENIED.

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 12 of 13*

**ORDERED: 38.** **Defendant Skyla Littlejohn's Motion for Notice of Intent by the Government to Use Rule 12 Evidence (#214, filed May 29, 2007) is GRANTED.**

**ORDERED: 39.** **Defendant Skyla Littlejohn's Motion for Disclosure of Confidential Informants (#215, filed May 29, 2007) is GRANTED in part and DENIED in part in accordance with court's ruling on #239.**

**ORDERED: 40.** **Defendant Skyla Littlejohn's Motion for an Extension of Time Within Which to File a Motion to Join in and Adopt Discreet Motions of Co-defendants (#216, filed May 29, 2007) is GRANTED.**

**ORDERED: 41.** **Defendant Skyla Littlejohn's Motion to Join in and Adopt Discreet Motions of Co-defendants (#257, filed June 11, 2007) is GRANTED.**

**ORDERED: 42.** **Defendant Charles Littlejohn's Motion to Adopt Discreet Motions of Co-defendants (#230, filed June 1, 2007) is GRANTED.**

**ORDERED: 43.** **Defendant Charles Littlejohn's Motion to Determine There is No Pharmacological Difference Between Powder Cocaine and "Crack" Cocaine (#231, filed June 1, 2007) is DENIED.**

**ORDERED: 44.** **Defendant Charles Littlejohn's Motion to Dismiss Count One (Duplicity), or for Appropriate Jury Instructions (#234, filed June 1, 2007) is DENIED.**

**ORDERED: 45.** **Defendant Courtney McCoy's Motion to Dismiss Counts One and Two or, in the Alternative, For a Bill of Particulars (#224, filed June 1, 2007) is DENIED.**

**ORDERED: 46.** **Defendant Teresa Mosley's Motion for Severance and Relief from Prejudicial Joinder (#247, filed June 1, 2007) is DENIED.**

**ORDERED: 47.** **Defendant Damian Turner's Motion to Join Certain Motions of Co-defendants (#250, filed June 1, 2007) is GRANTED.**

Court directs respective counsel to file written motion(s) as to amending the no-contact ruling to allow contact between defendants Teresa Mosley and Courtney McCoy only for purposes of child-raising. Government has no objection.

*Courtroom Minutes*
*Case 07-cr-00172-EWN, 07-cr-00177-EWN, 070cr099179-EWN, 07-cr-00185-EWN*
*Chief Judge Edward W. Nottingham*
*Page 13 of 13*

**ORDERED:** **48.** **As to 07-cr-00185-EWN, discovery motions and/or motions directed to facial sufficiency are due by July 15, 2007. Government's responses are due by July 20, 2007. Counsel should note which motions they are joining.**

**3:47 p.m.**     Court in recess.

Hearing concluded.

Total time: 01:31